UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
In Re: Bayou Management, LLC,

           Plaintiff(s),           08 Civ. 6036 (CM) (KNF)

   -against-                     CALENDAR NOTICE

Robert B. Nichols, et al,
       Defendant(s).
-------------------------------------------------X

Please take notice that the above captioned matter has been **re-scheduled** for:

___ Pre-trial Conference     ___ Status Conference     ___ Oral argument
___ Settlement conference     ___ Plea Hearing     (Bankruptcy Appeal)
___ Rule (16) conference     ___ Final pre-trial conference
___ Telephone Conference     ___ Jury Selection and Trial     ✓ Civil Case Management Conference
___ Non-Jury Trial     ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Wednesday, July 30, 2008 at 11:30 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: July 21, 2008
       New York, New York

                                             So Ordered

                                             _/s/ Colleen McMahon_
                                             Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08